**AO 450 (Rev. 5/85) Judgment in a Civil Case**

# United States District Court

Southern District of Ohio

**JUDGMENT IN A CIVIL CASE**

**JESUS M. SILVA,**

    **Petitioner,**

    **v.**                           **Case Number: 2:11-CV-671**
                                              **Judge Smith**

**ROBIN KNAB, WARDEN,**               **Magistrate Judge Preston Deavers**

    **Respondent.**

[ ]     **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]     **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]   Decision by Court.    This action was decided by the Court without a trial or hearing.

    **IT IS ORDERED AND ADJUDGED.**

**PURSUANT TO AN ORDER DATED JUNE 4, 2012, THE COURT ADOPTS THE REPORT AND RECOMMENDATION. THIS ACTION IS DISMISSED.**

**June 4b, 2012**                                                   **s/JAMES BONINI**
**Date**                                                              **Clerk**

                                                                                *s/Lisa V. Wright*
                                                                                **(By) Deputy Clerk**